# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Countryside Industries, Inc., vs. Construction & General Laborers' District Council of Chicago and Vicinity; and Laborers' International Union Local 118. | FILED: MAY 29, 2008<br>08CV3108    TC<br>JUDGE MANNING<br>MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Countryside Industries, Inc.

| NAME (Type or print) |
|---|
| David L. Christlieb |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ David L. Christlieb |
| **FIRM**<br>Littler Mendelson, P.C. |
| **STREET ADDRESS**<br>200 N. LaSalle Street, Suite 2900 |
| **CITY/STATE/ZIP**<br>Chicago, IL  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06281173 | TELEPHONE NUMBER<br>312.372.5520 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐