## United States District Court for the Northern District of Illinois

Case Number: 08cv3108         Assigned/Issued By: DAJ

Judge Name:                  Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                            ☐ Alias Summons

☐ Third Party Summons                ☐ Lis Pendens

☐ Non Wage Garnishment Summons       ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets        (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

  1   Original and   0   copies on  06/03/08  as to LABORERS' INTERNATIONAL
                                    (Date)
UNION LOCAL 118

---

C:\wpwin80\docket\feeinfo.frm    03/14/05