**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Countryside Industries, Inc. ) | |
| ) | |
| Plaintiff, ) | **No. 08 CV 3108** |
| v. ) | Judge Manning |
| ) | Magistrate Judge Schenkier |
| ) | |
| Construction & General Laborers' District ) | |
| Council of Chicago and Vicinity; Laborers' ) | |
| International Union Local 118 ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

**TO:**  David L. Christlieb, Esq.
Littler Mendelson
200 N. LaSalle Street, Suite 2900
Chicago, IL 60601

**PLEASE TAKE NOTICE** that we caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Chicago, Illinois, by using the Court's electronic filing system on this **17th** day of **June, 2008**, the attached **DEFENDANTS' ANSWER TO PLAINTIFF'S, COUNTRYSIDE INDUSTRIES, INC., COMPLAINT** and in support thereof, a true and correct copy of which is herewith served upon you.

By: s/Marc M. Pekay
MARC M. PEKAY

MARC M. PEKAY, P.C.
30 NORTH LA SALLE ST.
SUITE 2426
CHICAGO, IL  60602
312/606-0980

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **DEFENDANTS' ANSWER TO PLAINTIFF'S, COUNTRYSIDE INDUSTRIES, INC., COMPLAINT** (Court No: 08 CV 3108) to be served upon:

David L. Christlieb, Esq.<br>
Littler Mendelson<br>
200 N. LaSalle Street, Suite 2900<br>
Chicago, IL 60601

by placing same in an envelope properly addressed as set out above, and delivering by first class mail, with postage costs paid, by placing in a U.S. Mail box located at 30 N. LaSalle Street, Chicago, Illinois, before the hour of 5:00 p.m. on this **17th** day of **June, 2008.**

By: s/Marc M. Pekay<br>
MARC M. PEKAY

MARC M. PEKAY, P.C.
30 NORTH LA SALLE ST.
SUITE 2426
CHICAGO, IL  60602
312/606-0980