## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| COUNTRYSIDE INDUSTRIES, INC. ) | |
| ) | |
| Plaintiff, ) | **No. 08 CV 3108** |
| v. ) | Judge Manning |
| ) | Magistrate Judge Schenkier |
| ) | |
| CONSTRUCTION & GENERAL LABORERS' ) | |
| DISTRICT COUNCIL OF CHICAGO AND ) | |
| VICINITY; LABORERS' INTERNATIONAL ) | |
| UNION LOCAL 118 ) | |
| ) | |
| Defendants. ) | |

---

LABORERS' INTERNATIONAL UNION )
LOCAL 118; CONSTRUCTION & )
GENERAL LABORERS' DISTRICT COUNCIL )
OF CHICAGO AND VICINITY )
)
        Third-Party Plaintiffs, )
)
v. )
)
)
RAGNAR BENSON CONSTRUCTION, LLC )
AND THE ARBORETUM OF SOUTH )
BARRINGTON )
)
        Third-Party Defendants. )

## **NOTICE OF MOTION**

**TO:** David L. Christlieb, Esq.
Littler Mendelson
200 N. LaSalle Street, Suite 2900
Chicago, IL 60601

PLEASE TAKE NOTICE, at **11:00 a.m**. on **July 31**, **2008,** or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable **Judge Blanche M. Manning**, Room 2125, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and present the **MOTION TO FILE THIRD-PARTY PLAINTIFFS' COMPLAINT**, a copy of which is herewith served upon you.

Respectfully submitted,

By:s/Marc M. Pekay
MARC M. PEKAY

Law Offices of Marc Pekay
30 N. LaSalle St., Suite 2426
Chicago, IL 60602
312-606-0980

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **MOTION TO FILE THIRD-PARTY PLAINTIFFS' COMPLAINT** (Court No: 08 CV 3108) was served on **July 28, 2008** pursuant to ECF Filing Users, including David L. Christlieb and shall comply with Local Rule 5.5 as to any party who is not a Filing User or represented by a Filing User.

Respectfully submitted,

By: s/Marc M. Pekay
MARC M. PEKAY

Law Offices of Marc Pekay
30 N. LaSalle St., Suite 2426
Chicago, IL 60602
312-606-0980